United States District Court<br>Northern District of California

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NETGEAR, INC., | | Case No. 25-cv-02601-RS |
| Plaintiff, | | |
| v. | | **ORDER EXTENDING CASE MANAGEMENT DEADLINES AND TRIAL DATE** |
| CHOICE ELECTRONICS INC., | | |
| Defendant. | | |

Plaintiff seeks to extend the deadline for completion of fact discovery in this matter, arguing defendant has delayed and obstructed the discovery process. Defendant contends plaintiff has not shown good cause for an extension, and that plaintiff is responsible for any delay. Defendant further contends that if the close of fact discovery is postponed, other deadlines should likewise be extended. Without opining as to whether either or both parties may have engaged in unreasonable delay, good cause appears to adopt defendant's proposed schedule extending all remaining dates in this action, as set out in Dkt. No. 41, with the understanding that the new pretrial conference date and the trial date may be subject to further adjustment by the court.

**IT IS SO ORDERED**.

Dated: November 24, 2025

_____
RICHARD SEEBORG
Chief United States District Judge