United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,
    Plaintiff,

v.

CHOICE ELECTRONICS INC.,
    Defendant.

Case No. 25-cv-02601-RS

**ORDER GRANTING MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY AND FOR FURTHER BRIEFING**

Defendant/Counterclaimant Choice Electronics, Inc. seeks leave to file a Statement of Recent Decision pursuant to Local Rules 7-3(d)(2) in support of its opposition to the motion for judgment on the pleadings brought by plaintiff Netgear, Inc., which is under submission and which challenges Choice Electronic's counterclaims. Choice Electronics contends the order granting in part and denying in part a motion to dismiss in *Corsair Gaming Inc. v. Choice Electronics Inc.*, No. 5:25-cv-0045 BLF (N.D. Cal) involves "virtually identical issues as those implicated by Netgear's Motion."

While *Corsair Gaming* is at most persuasive, rather than controlling, authority, it does appear to address issues nearly identical to those presented here. Accordingly, no later than December 19, 2025, Netgear may file a supplemental brief, not exceeding 8 pages, addressing *Corsair Gaming.* No later than December 30, 2025, Choice Electronics may file a response, also not to exceed 8 pages. The matter will then be resubmitted for decision.

1  **IT IS SO ORDERED**.

3  Dated: December 9, 2025

_____
RICHARD SEEBORG
Chief United States District Judge