UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,

        Plaintiff,

    v.

CHOICE ELECTRONICS INC.,

        Defendant.

Case No. 25-cv-02601-RS

**ORDER DIRECTING MEET AND CONFER**

Plaintiff Netgear, Inc.'s motion for judgment on the pleadings as to the four counterclaims asserted by defendant Choice Electronics, Inc. is currently under submission. Choice has filed a motion seeking leave to amend to assert three additional counterclaims, currently set for hearing on March 26, 2026. In the interest of judicial efficiency, the briefing deadlines and the hearing date for the motion for leave to amend are vacated.

Nothing in this order precludes Netgear from presenting any good faith arguments it may have as to why leave to amend should not be granted in the first instance. Given the liberal policy favoring amendment, however, arguments as to the sufficiency of the proposed amended complaint generally are better addressed through a motion to dismiss following amendment.

Accordingly, the parties are directed to meet and confer to negotiate a possible stipulation for filing of the amended counterclaims, without prejudice to a subsequent motion to dismiss. Although any filing of such amended counterclaims may not automatically render the pending motion for judgment on the pleadings moot, or necessarily impact the arguments the parties have

made regarding the existing counterclaims, the parties are encouraged to stipulate that any further briefing on the motion for leave to amend, or a subsequent motion to dismiss, may include their respective positions as to the impact, if any, of the proposed new counterclaims on the viability of the existing counterclaims.

The parties shall file any stipulation they reach within two weeks of the date of this order. If the parties do not stipulate that the amended counterclaims may be filed, or to a different briefing schedule, Netgear shall file its opposition to the motion for leave to amend no later March 19, 2026, and Choice shall file its reply within one week thereafter. The motion will then be submitted without oral argument.

**IT IS SO ORDERED**.

Dated: February 26, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

CASE NO. 25-cv-02601-RS