Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Morgan T. Nickerson (SBN 667290) (*Pro Hac Vice*)
Morgan.Nickerson@klgates.com
K&L GATES LLP
1 Congress Street, 29th Floor
Boston, MA 02114
Telephone: +1 617 261 3134
Facsimile: +1 617 261 3134

*Attorneys for Plaintiff/Counterclaim-Defendant*
NETGEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>CHOICE ELECTRONICS INC.,<br><br>              Defendant.<br><br>CHOICE ELECTRONICS INC.,<br><br>              Counterclaim-Plaintiff,<br><br>      v.<br><br>NETGEAR, INC.,<br><br>              Counterclaim- Defendant. | Case No. 3:25-cv-02601-RS (AGT)<br><br>[Assigned to the Hon. Richard Seeborg and the Hon. Alex G. Tse]<br><br>**STIPULATED REQUEST TO EXTEND CASE MANAGEMENT ORDER DEADLINES; AND [PROPOSED] ORDER** |

Plaintiff and Counterclaim-Defendant NETGEAR, Inc. ("NETGEAR") and Defendant and Counterclaim-Plaintiff Choice Electronics Inc. ("Choice") (collectively, the "Parties") hereby stipulate and respectfully request an extension of the deadlines set forth in the Court's Case Management Order (ECF No. 56) pursuant to Civil Local Rule 6-2. Good cause exists for the requested extension, as set forth below.

1. The current deadlines are set forth in the Court's Case Management Order dated January 27, 2026 (ECF No. 56).

2. On March 13, 2026, the Court granted the Parties' Joint Stipulation Regarding Filing of Amended Pleadings, permitting Choice to file Amended Counterclaims (ECF No. 64). *See* Nickerson Decl. ¶ 4.

3. On March 20, 2026, Choice filed its Amended Answer and Counterclaims, which expand the scope of the pleadings and require additional discovery (ECF No. 67). *Id.*

4. NETGEAR has also filed a Motion for Leave to File a First Amended Complaint, which remains pending before the Court (ECF No. 65), and which it asserts will similarly expand the scope of the pleadings. *Id.* at ¶ 5.

5. NETGEAR is pursuing a subpoena enforcement proceeding in the District of New Jersey against a third-party supplier identified by Choice, and that proceeding remains pending. *Id.* at ¶ 6.

6. The Parties require additional time to complete discovery, including discovery related to the newly asserted claims, and NETGEAR wishes to pursue third party discovery related to the supplier. *Id.* at ¶ 7.

7. The requested extension will allow the Parties to complete discovery and prepare their claims and defenses on the merits. *Id*. at ¶ 7, 9.

8. Accordingly, the Parties jointly request an approximately 120-day extension of the remaining case deadlines, as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | April 13, 2026 | August 11, 2026 |
| **Complete Mediation Pursuant to ADR L.R. 6-5 and Civil L.R. 7** | April 27, 2026 | August 25, 2026 |
| **Case Management Statement** | May 7, 2026 | September 3, 2026 |
| **Designation of Experts** | May 11, 2026 | September 8, 2026 |
| **Amended Pleadings** | May 12, 2026 | September 9, 2026 |
| **Case Management Conference** | May 14, 2026 at 10:00 AM | September 10, 2026 at 10:00 AM |
| **Rebuttal Expert Reports** | June 8, 2026 | October 8, 2026 |
| **Close of Expert Discovery** | June 24, 2026 | November 5, 2026 |
| **Dispositive Motion Hearing** | July 16, 2026 at 1:30 PM | January 14, 2027 at 1:30 PM |
| **Final Pretrial Conference** | October 14, 2026 at 10:00 AM | March 31, 2027 at 10:00 AM |
| **Jury Selection** | October 26, 2026 | April 12, 2027 |
| **Jury Trial** | October 26, 2026 | April 12, 2027 |

9. This is the third request to extend the deadlines established by the Court's Case Management Order. *Id.* at ¶ 8.

10. The Parties respectively state that the present motion is sought in good faith to pursue additional discovery and is not made for any purpose of delay. *Id.* at ¶ 10.

For these reasons, the Parties respectfully requests that the Court grant this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED.**

Dated: April 3, 2026                    **K&L GATES LLP**

By: */s/ Morgan T. Nickerson*
Morgan T. Nickerson (*Pro Hac Vice*)
Jason N. Haycock
K. Taylor Yamahata
Sally P. Langan (*Pro Hac Vice*)

*Attorneys for* NETGEAR, INC.

Dated: April 3, 2026                    **TARTER KRINSKY & DROGIN LLP**

*/s/ Sandra A. Hudak*
Sandra A. Hudak *(Pro Hac Vice)*
Tyler R. Dowdall
Renata A. Guidry
Mark Berkowitz *(Pro Hac Vice)*
Michael Benzaki (*Pro Hac Vice*)

*Attorneys for* CHOICE ELECTRONICS INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, and for good cause shown, having reviewed the Parties' Stipulation to Extend Case Management Order Deadlines, IT IS HEREBY ORDERED that the Case Management Order Deadlines are extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | April 13, 2026 | August 11, 2026 |
| Complete Mediation Pursuant to ADR L.R. 6-5 and Civil L.R. 7 | April 27, 2026 | August 25, 2026 |
| Case Management Statement | May 7, 2026 | September 3, 2026 |
| Designation of Experts | May 11, 2026 | September 8, 2026 |
| Amended Pleadings | May 12, 2026 | September 9, 2026 |
| Case Management Conference | May 14, 2026 at 10:00 AM | September 10, 2026 at 10:00 AM |
| Rebuttal Expert Reports | June 8, 2026 | October 8, 2026 |
| Close of Expert Discovery | June 24, 2026 | November 5, 2026 |
| Dispositive Motion Hearing | July 16, 2026 at 1:30 PM | January 14, 2027 at 1:30 PM |
| Final Pretrial Conference | October 14, 2026 at 10:00 AM | March 31, 2027 at 10:00 AM |
| Jury Selection | October 26, 2026 | April 12, 2027 |
| Jury Trial | October 26, 2026 | April 12, 2027 |

**IT IS SO ORDERED.**

DATED: ___April 8, 2026___

_____
Hon. Richard Seeborg
CHIEF UNITED STATES DISTRICT JUDGE