UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,

           Plaintiff,

   v.

CHOICE ELECTRONICS INC.,

           Defendant.

Case No.  25-cv-02601-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 85

Choice Electronics Inc. seeks to compel Netgear, Inc., to respond further to numerous interrogatories and requests for production. The Court agrees with Netgear that judicial intervention is premature. Netgear "has committed to substantially completing its document production by July 24." Dkt. 85 at 4. One or more productions by Netgear this week may therefore narrow or resolve the disputed issues.

Netgear has also tried to compromise on a number of disputed requests, but Choice doesn't mention or adequately address those proposed compromises in the parties' joint statement. *Compare* Joint Statement, Dkt. 85 at 2 (Choice: "Netgear refuses to identify customer complaints it has received concerning NETGEAR products."), *with* July 7, 2026, Meet-and-Confer Letter, Dkt. 85-5 at 3 (Netgear: "NETGEAR is willing to search for and produce complaints . . . concerning: alleged used versus new condition; geographic

configuration issues; alleged stolen products; and the specific issues asserted in the pleadings." (bullet points omitted)). Because Choice doesn't address Netgear's proposed compromises, the Court cannot accurately identify the points of dispute.

The parties must continue to supplement their productions and to meet and confer. After Netgear substantially completes its document production on July 24, and after the parties meet and confer further, the parties may seek judicial intervention if a dispute remains.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Alex G. Tse
United States Magistrate Judge

2