Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Morgan T. Nickerson (SBN 667290) (*Pro Hac Vice*)
Morgan.Nickerson@klgates.com
K&L GATES LLP
1 Congress Street, 29th Floor
Boston, MA 02114
Telephone: +1 617 261 3134
Facsimile: +1 617 261 3134

*Attorneys for Plaintiff/Counterclaim-Defendant*
NETGEAR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,

Plaintiff,

v.

CHOICE ELECTRONICS INC.,

Defendant.

---

CHOICE ELECTRONICS INC.,

Counterclaim-Plaintiff,

v.

NETGEAR, INC.,

Counterclaim- Defendant.

---

Case No. 3:25-cv-02601-RS (AGT)

[Assigned to the Hon. Richard Seeborg and the Hon. Alex G. Tse]

**STIPULATED REQUEST TO EXTEND CASE MANAGEMENT ORDER DEADLINES; AND [PROPOSED] ORDER**

Plaintiff and Counterclaim-Defendant NETGEAR, Inc. ("NETGEAR") and Defendant and Counterclaim-Plaintiff Choice Electronics Inc. ("Choice") (collectively, the "Parties") hereby stipulate and respectfully request an extension of the deadlines set forth in the Court's Case Management Order (ECF No. 74) pursuant to Civil Local Rule 6-2. Good cause exists for the requested extension, as set forth below.

1. The current deadlines are set forth in the Court's Case Management Order dated April 8, 2026 (ECF No. 74).

2. On April 9, 2026, NETGEAR filed a First Amended Complaint (ECF No. 76).

3. On April 22, 2026, Choice filed its Amended Answer and Counterclaims (ECF No. 77-2 (redacted version) & 77-3 (unredacted version)).

4. On June 18, 2026, NETGEAR filed its Answer to Choice's Counterclaims (ECF No. 84).

5. Fact discovery is currently set to expire on August 11, 2026 (ECF No. 74).

6. NETGEAR states that lead counsel for NETGEAR's uncle was recently placed in hospice care following a lengthy battle with cancer. NETGEAR states that this development is expected to require lead counsel to take sporadic and unanticipated time away from work over approximately the next 30 days, and that this development makes it difficult to schedule or prepare for depositions in this case. Nickerson Decl. ¶ 4.

7. Moreover, NETGEAR states that it is pursuing a subpoena enforcement proceeding in the District of New Jersey against a third-party supplier identified by Choice, and that proceeding remains pending. *NETGEAR, Inc. v. Choice Electronics, Inc.*, No. 2:26-cv-02358 (D.N.J.) (the "New Jersey Subpoena Matter"). Nickerson Decl. ¶ 5.

8. NETGEAR states that a motion to enforce a document subpoena and deposition subpoena has been fully briefed since March of 2026 in the New Jersey Subpoena Matter. *Id.* ¶ 6. NETGEAR states that it awaits a decision on the subpoena enforcement in the New Jersey Subpoena Matter. *Id.* ¶ 7.

9. Choice states that it is amenable to a 45-day extension of the case schedule provided that NETGEAR commits to proceeding with depositions pursuant to the agreed schedule below, and without prejudice to Choice pursuing a deposition of Kirsten Daru, NETGEAR's general counsel. NETGEAR disagrees with the propriety of the deposition. The parties will be filing a joint letter concerning NETGEAR's motion for a protective order concerning a deposition of Ms. Daru shortly.

10. The parties have not yet taken depositions in this action, and have agreed on the following schedule if the present extension request is granted:

- August 26, 2026: Combined Rule 30(b)(6) deposition of NETGEAR and deposition of Jesse Kellar
- August 27, 2026: John Keating
- September 3, 2026: Combined deposition of Rule 30(b)(6) deposition of Choice and deposition of Moshe Greenspan
- TBD: Kirsten Daru (subject to a determination on NETGEAR's anticipated motion for a protective order)

11. Accordingly, the Parties jointly request an approximately 45-day extension of the remaining case deadlines, as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | August 11, 2026 | September 24, 2026 |
| **Designation of Experts** | September 8, 2026 | October 22, 2026 |
| **Case Management Statement** | September 3, 2026 | October 29, 2026 |
| **Case Management Conference** | September 10, 2026 at 10:00 AM | November 5, 2026 at 10:00 AM |
| **Rebuttal Expert Reports** | October 8, 2026 | November 19, 2026 |
| **Close of Expert Discovery** | November 5, 2026 | December 17, 2026 |
| **Dispositive Motion Hearing** | January 14, 2027 at 1:30 PM | February 25, 2027 at 1:30 PM |
| **Final Pretrial Conference** | March 31, 2027 at 10:00 AM | May 26, 2027 at 10:00 AM |
| **Jury Selection** | April 12, 2027 | June 14, 2027 |
| **Jury Trial** | April 12, 2027 | June 14, 2027 |

12. This is the fourth request to extend the deadlines established by the Court's Case Management Order. *Id.* ¶ 9.

13. The Parties respectively state that the present motion is sought in good faith to pursue additional discovery and is not made for any purpose of delay. *Id.* ¶¶ 10-11.

For these reasons, the Parties respectfully requests that the Court grant this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED.**

Dated: August 10, 2026

**K&L GATES LLP**

By: */s/ Jason N. Haycock*
Morgan T. Nickerson (*Pro Hac Vice*)
Jason N. Haycock
K. Taylor Yamahata
Sally P. Langan (*Pro Hac Vice*)

*Attorneys for* NETGEAR, INC.

Dated: August 10, 2026

**TARTER KRINSKY & DROGIN LLP**

By: */s/ Sandra A. Hudak*
Sandra A. Hudak *(Pro Hac Vice)*
Tyler R. Dowdall
Renata A. Guidry
Mark Berkowitz *(Pro Hac Vice)*
Michael Benzaki (*Pro Hac Vice*)

*Attorneys for* CHOICE ELECTRONICS INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and for good cause shown, having reviewed the Parties' Stipulation to Extend Case Management Order Deadlines, IT IS HEREBY ORDERED that the Case Management Order Deadlines are extended as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Close of Fact Discovery** | August 11, 2026 | September 24, 2026 |
| **Designation of Experts** | September 8, 2026 | October 22, 2026 |
| **Case Management Statement** | September 3, 2026 | October 29, 2026 |
| **Case Management Conference** | September 10, 2026 at 10:00 AM | November 5, 2026 at 10:00 AM |
| **Rebuttal Expert Reports** | October 8, 2026 | November 19, 2026 |
| **Close of Expert Discovery** | November 5, 2026 | December 17, 2026 |
| **Dispositive Motion Hearing** | January 14, 2027 at 1:30 PM | February 25, 2027 at 1:30 PM |
| **Final Pretrial Conference** | March 31, 2027 at 10:00 AM | May 26, 2027 at 10:00 AM |
| **Jury Selection** | April 12, 2027 | June 14, 2027 |
| **Jury Trial** | April 12, 2027 | June 14, 2027 |

**IT IS SO ORDERED.**

DATED: ________________

______________________________

Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE