United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,

Plaintiff,

v.

CHOICE ELECTRONICS INC.,

Defendant.

Case No. 25-cv-02601-RS

**ORDER GRANTING LIMITED EXTENSION OF DISCOVERY**

Plaintiff seeks an extension of the fact discovery cut off "for the limited purpose of taking the deposition of [a third party's] corporate representative." Defendant has indicated it has no objection to scheduling this deposition following the cut off, so it is unclear why plaintiff seeks court relief. The motion, nevertheless, is granted. To the extent plaintiff's proposed order implies plaintiff seeks a more general extension of the discovery cut off, however, it is denied.

**IT IS SO ORDERED**.

Dated: September 25, 2026

RICHARD SEEBORG
United States District Judge