UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,

Plaintiff,

v.

CHOICE ELECTRONICS INC.,

Defendant.

Case No. 25-cv-02601-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. No. 96

Netgear seeks to depose Choice employee Bentzion Schaffron. Because the parties dispute whether Schaffron is an officer, director, or managing agent of Choice, Netgear chose to subpoena him rather than noticing his deposition under Rule 30(b)(1). *See Rijhwani v. Wells Fargo Home Mortg., Inc.*, No. C 13-05881 LB, 2015 WL 848554, at *3 (N.D. Cal. Jan. 28, 2015) (explaining that "a corporate employee . . . who does not qualify as an officer, director, or managing agent [of a party] is not subject to deposition by notice" and "must be subpoenaed") (quoting another source).

"As the party issuing the subpoena, [Netgear] must demonstrate that the discovery sought is relevant." *Under Armour, Inc v. Battle Fashions, Inc.*, No. 18-mc-80117-LB, 2018

WL 3689664, at *4 (N.D. Cal. Aug. 3, 2018). Netgear hasn't done so. Netgear hasn't offered any evidence of Schaffron's role or responsibilities (e.g., no documents, interrogatory responses, or testimony identifying what work Schaffron does for Choice). Without such evidence, the Court cannot determine whether Schaffron's testimony would be relevant.

Netgear represents that Choice's CEO testified about Schaffron's role in another case, *see* dkt. 96 at 3 (citing *Corsair Gaming, Inc. v. Choice Elecs., Inc.*, No. 25-cv-00045-BLF-NC (N.D. Cal.)), but Netgear didn't submit a copy of that testimony, and the only document Netgear cites from *Corsair Gaming*, Dkt. 77, is a discovery letter that, like the one addressed here, included only argument.

Netgear notes that Choice identified Schaffron as an email custodian in this case, but there's no evidence in the record indicating that Schaffron produced any documents. In short, Netgear hasn't adequately laid the groundwork needed to depose Schaffron.

Schaffron need not sit for a deposition.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Alex G. Tse
United States Magistrate Judge