UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETGEAR, INC.,
Plaintiff,
v.
CHOICE ELECTRONICS INC.,
Defendant.

Case No. 25-cv-02601-RS (AGT)

**DISCOVERY ORDER**

Re: Dkt. Nos. 97, 98

The parties must file their remaining fact-discovery joint statements by October 5, 2026. Choice proposed filing omnibus discovery briefs instead (dkt. 98), but the Court prefers joint statements, as indicated in its Civil Standing Order. Fact discovery closed on September 24, 2026, so per Civil Local Rule 37-3, the joint statements were due today. But because the parties timely notified the Court of their dispute over whether to present additional discovery disputes via joint statements or omnibus briefs, the Court is giving the parties several more days to submit their remaining joint statements.

The Court notes with concern that Netgear is contemplating initiating seven more joint statements, while Choice says it may initiate another three or more—so ten-plus in

total. Dkt. 97 at 1; Dkt. 98 at 2. Although the Court won't limit the number of joint statements the parties may file, it notes that ten joint statements, plus the half-dozen the parties previously filed, far exceed what is normal in a case of this kind. This doesn't mean counsel should cram more issues into fewer joint statements; it means that counsel should seriously consider how they can resolve more of their disputes without Court intervention.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Alex G. Tse
United States Magistrate Judge