UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETGEAR, INC.,<br>Plaintiff,<br>v.<br>CHOICE ELECTRONICS INC.,<br>Defendant. | Case No. 25-cv-02601-RS (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 107 |

Netgear has a right to know the specific conduct underlying Choice's false advertising counterclaim, but RFPs 35–38 may not be the best means to obtain this information. Choice alleges that Netgear's Amazon listings include false or misleading information. Dkt. 67 ¶¶ 131–35. Through RFPs 35–38, Netgear has effectively asked Choice to produce those listings. *See* Dkt. 107-1. Crucially, however, it's unclear if Netgear's Amazon listings are in Choice's "possession, custody, or control." Fed. R. Civ. P. 34(a)(1). Perhaps for this reason, Choice has objected in part to these RFPs by (rightly) asserting that "it is not obligated to create documents in response to document requests." Dkt. 107 at 3–4.

Putting aside the issue above, which very well may affect how many responsive documents Choice has, it's undisputed that RFPs 35–38 seek relevant documents. Moreover,

Choice says it produced responsive documents and may produce more after Netgear supplements its own production. *See id.* at 3–4. In response, Netgear lodges two complaints, both of which have merit.

First, Netgear notes that Choice "does not provide Bates numbers for any . . . document [produced in response to RFPs 35–38], and does not state where in its production the allegedly responsive [documents] . . . can be found." *Id.* at 3. "A bare assertion that documents 'were produced' is not a substitute for identifying what was produced and where," as Netgear notes. *Id.* Accordingly, by October 22, 2026, Choice must identify with Bates numbers all documents it has produced that are responsive to RFPs 35–38.

Second, Netgear doesn't understand why Choice needs Netgear to supplement its production before Choice produces any remaining responsive documents. The Court doesn't understand either. Choice is the party that pleaded a false-advertising counterclaim, and RFPs 35–38 seeks documents relevant to that claim. As Netgear correctly notes, "Choice cannot condition its compliance with Rule 34 on first obtaining discovery from the party it has accused." *Id.* If Choice has any additional documents in its possession, custody, or control that are responsive to RFPs 35–38, it must produce them by October 22, 2026.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Alex G. Tse
United States Magistrate Judge